*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-12-00310-CR

Melvin Earl **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR9471
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:  June 13, 2012

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed or suspended sentence on December 8, 2011. Appellant did not file his notice of appeal until May 8, 2012. Because he did not file a motion for new trial, the notice of appeal was due to be filed on January 9, 2012. *See* TEX. R. APP. P. 26.2(a). Further, even if appellant had filed a motion for new trial, his notice of appeal would have been due to be filed on March 7, 2012. *See id.* Thus, by waiting until May 8, 2012, appellant did not timely file his notice of appeal, and we lack jurisdiction over this appeal. We therefore ordered appellant to

show cause why this appeal should not be dismissed for lack of jurisdiction. Although appellant responded to our order, his response does not indicate that we have jurisdiction over this appeal. Thus, this appeal is dismissed for lack of jurisdiction

PER CURIAM

Do not publish